**Order filed July 13, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00479-CV

_____

**CHRISTOPHER BRAN, CBMJ INVESTMENTS & DEVELOPMENT, LLC, MONTROSE MULTIFAMILY II HOLDINGS, LLC, AND URBANONE PROPERTIES, LLC, Appellants**

**V.**

**SPECTRUM MH, LLC AND SPECTRUM MHU, LLC, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-20587**

---

## ORDER

Before this court is an emergency motion filed by appellants to stay the trial court's order of June 11, 2022 requiring turnover and appointing a receiver. After considering the motion, this court temporarily stays the trial court's order pending resolution of appellants' motion. Appellees are directed to file a response to the motion within **7 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Poissant and Wilson.